UNITED STATES of America,
Plaintiff–Appellee,

v.

Pedro MONTERO–LUJANO,
Defendant–Appellant.

No. 11–30253.

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed July 2, 2012.

Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle,

WA, David R. Jennings, Assistant U.S., James Schacht, Special Assistant U.S., USTA–Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Suzanne Lee Elliott, Esquire, Law Offices of Suzanne Lee Elliott, Seattle, WA, for Defendant–Appellant.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

## MEMORANDUM **

Pedro Montero–Lujano appeals from his guilty-plea conviction and 120–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Montero–Lujano's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Montero–Lujano's conviction. Montero–Lujano waived his right to appeal his sentence. We accordingly dismiss the appeal of the sentence in light of the valid

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.